636 A.2d 1053

IN THE MATTER OF LEAH D. DADE, AN ATTORNEY AT LAW.

February 22, 1994.

## ORDER

The Disciplinary Review Board having reported to the Supreme Court, recommending that **LEAH D. DADE** of **PISCATAWAY,** who was admitted to the bar of this State in 1990, and who was thereafter temporarily suspended from the practice of law by this Court's order of July 20, 1992, and who remains suspended at this time, be disbarred on the basis of her guilty plea to a charge of theft by deception, respondent having submitted falsified claim drafts totalling approximately $458,000 to her employer, and good cause appearing;

It is ORDERED that **LEAH D. DADE** be disbarred and that her name be stricken from the roll of attorneys of this State, effective immediately; and it is further

ORDERED that **LEAH D. DADE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **LEAH D. DADE,** pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that **LEAH D. DADE** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys; and it is further

ORDERED that **LEAH D. DADE** reimburse the Ethics Financial Committee for appropriate administrative costs.